# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| United States of America<br><br>v.<br><br>James Junior Kenneth | ) ) ) ) ) ) | No. MJ 26-04276-PCT-CDB<br><br>CRIMINAL COMPLAINT |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

**Count 1:** On or about August 21, 2026, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, JAMES JUNIOR KENNETH, an Indian, did willfully and maliciously set fire to and burn and attempt to set fire to and burn the dwelling at 2 NHA, Teec Nos Pos, Arizona.

In violation of Title 18, United States Code, Sections 1153 and 81.

**Count 2:** On or about August 21, 2026, in the District of Arizona, the defendant, JAMES JUNIOR KENNETH, did knowingly and intentionally transmit in interstate and foreign commerce communications containing threats to injure D.K. and J.R.

In violation of Title 18, United States Code, Section 875(c).

**Count 3:** On or about August 21, 2026, in the District of Arizona, within the confines of the Navajo Nation Indian Reservation, Indian Country, the defendant, JAMES JUNIOR KENNETH, an Indian, did and knowingly, intentionally and recklessly assault R.R., resulting in serious bodily injury.

In violation of Title 18, United States Code, Sections 1153 and 113(a)(6).

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Affidavit Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

SAVANNAH SOLOMON Digitally signed by SAVANNAH SOLOMON Date: 2026.08.25 16:52:46 -04'00'

Signature of Complainant

AUTHORIZED BY: Tom Simon, AUSA

Thomas Simon Digitally signed by THOMAS SIMON Date: 2026.08.25 13:37:20 -07'00'

Savannah Solomon, Special Agent – FBI

Printed Name and Title

Telephonically sworn.

Date: August 25, 2026

Camille D. Bibles Digitally signed by Camille D. Bibles Date: 2026.08.25 15:41:29 -07'00'

Judge's Signature

**CC: USM & PTS**

City and State: Flagstaff, Arizona

Hon. Camille D. Bibles, U.S. Magistrate Judge
Printed Name and Title

## STATEMENT OF PROBABLE CAUSE

I, Savannah Solomon, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state the following:

## INTRODUCTION AND BACKGROUND OF AFFIANT

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been since September of 2018. I am regularly stationed at the Savannah, Georgia, Resident Agency, However, I am on temporary assignment to the Gallup, New Mexico, Resident Agency. I have received training at the FBI Training Academy in Quantico, Virginia, as well as training in the investigation of assault, murder, and other violent crimes.

2. In the course of my official duties, I am charged with the investigation of crimes occurring on (among other places) the Navajo Nation Indian Reservation within the Federal District of Arizona. I am an investigative law enforcement officer of the United States, and I am empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 18 of the United States Code. Based on my training, education, and experience, I know that the Navajo Nation is a federally recognized tribe.

3. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement agents and witnesses. This Affidavit is intended to show only that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. On August 21, 2026, Navajo Nation Police Department (NNPD) contacted the FBI with a reported arson. That same night, NNPD arrested JAMES JUNIOR KENNETH (YOB: 1985) for Arson Against a Family Member and Battery Upon a Family Member.

5. On August 22, 2026, at approximately 1:20 PM, two FBI Special Agents and a Navajo Department of Criminal Investigations (NDCI) Investigator interviewed KENNETH at Crown Point Department of Corrections, Crown Point, New Mexico. The following lettered paragraphs detail parts of KENNETH's interview:

A. KENNETH lived in his family's cabin at the Sheep Camp in Teec Nos Pos, Arizona. His mother and brothers lived nearby.

B. On Friday, August 21, 2026, KENNETH borrowed a vehicle from his mother, J.R. (YOB: 1942). KENNETH and his two brothers, D.K. (YOB: 1969) and R.K. (YOB:1970) drove the vehicle about 45 minutes away to pawn a chainsaw.

C. They pawned the chainsaw and purchased about four bottles of alcohol, which they drank on the drive back to the NHA residence.

D. Back at the residence, KENNETH wanted J.R. to drive KENNETH back to the Sheep Camp. J.R. refused and drove away. KENNETH grew very angry, and he threw his bag at his mom's car.

E. In his anger, KENNETH decided to set a fire. KENNETH used a lighter to set a napkin on fire inside his mother's storage closet. He left the fire and told his brother D.K. to deal with the fire. KENNETH told the interviewers, "Yeah, I did… I did and I'm not happy about it… I just got mad."

F. KENNETH left the property and returned to the Sheep Camp.

G. At the Sheep Camp, KENNETH left his cabin and rode his bicycle to his uncle's cabin. His uncle is R.R. (YOB: 1956).

H. KENNETH crashed his bicycle into a truck, and he lay on the ground. R.R. started talking to him. KENNETH and R.R. fought. KENNETH hit R.R. with his fists and his elbows. KENNETH described uppercuts and elbow strikes.

6. On August 22, 2026, Shiprock Police filed an incident report detailing the above-described arson, assault, and subsequent arrest. Pursuant to the arrest, Shiprock Police confiscated several items of possible evidentiary value. Included among KENNETH's personal items seized were two lighters from KEN'ETH's pants pocket.

7. On August 23, 2026, at approximately 10:22 AM, two FBI Special Agents interviewed J.R. outside of 2 NHA, Teec Nos Pos, Arizona. The following lettered paragraphs detail parts of J.R.'s interview:

A. On August 21, 2026, J.R. allowed KENNETH to use her vehicle to go pawn a chainsaw.

B. When J.R. saw KENNETH after he returned to the residence, KENNETH was not talking right, and he did not look like himself in the eyes. KENNETH was mad and would not settle down.

C. J.R. decided to leave the property. KENNETH wanted J.R. to drive KENNETH back to Sheep Camp. J.R. was worried if she drove KENNETH that KENNETH would push her out of the car and leave her outside alone or that he would damage the vehicle.

D. KENNETH threw his bag at J.R.'s car as J.R. drove away.

E. R.K. called J.R. to say that KENNETH was going to burn the house down. J.R. thought he meant the Sheep Camp cabin.

F. KENNETH called J.R. and said "I'm going to burn the house."

G. J.R. called the police.

H. J.R. returned to the property and saw it burn down. She was told KENNETH had set the fire in her closet, where she kept her important documents and clothes. The entire house was destroyed, and R.K.'s puppy got scared of the fire. The puppy took shelter in a car and died.

I. J.R. worried for her brother at the Sheep Camp because she did not know what KENNETH would do. J.R. told this to the police at the site of the fire. Later she learned KENNETH had hit her brother, and her brother had to go to the hospital.

J. J.R. stated, "I'm scared, I'm scared, I don't want [KENNETH] to be around."

K. J.R. advised that KENNETH got angry when he used meth.

8. On August 23, 2026, at approximately 10:50 AM, two FBI Special Agents interviewed D.K. outside of 2 NHA, Teec Nos Pos, Arizona. The following lettered paragraphs detail parts of D.K.'s interview:

A. D.K. had lived at this residence since his mother moved there in 2013.

B. On August 21, 2026, KENNETH, D.K., and R.K., took J.R.'s car to pawn a chainsaw. On the way back, they all drank alcohol.

C. When they got back to NHA 2, KENNETH started "getting a little different." He got moody and excited.

D. KENNETH wanted a ride but J.R. was worried about giving him one so she refused. J.R. took the car away and down the street.

E. KENNETH started riding his bike around the house. Then KENNETH came into the house and said, "I'm gonna burn this house. I'm gonna burn this house."

F. D.K. did not respond because he was worried KENNETH would react poorly.

G. Then KENNETH said "I'm burning it now" and told the brothers to get out of the house. KENNETH would not let the brothers in the house.

H. KENNETH left the property. D.K. attempted multiple times to stop the fire, but every time he stopped it, the fire came back. The heat was really bad and singed D.K.'s hair. D.K. was taken to the hospital for overnight observation.

I. KENNETH had never burned a house before but he had been violent before. KENNETH got in fights using his hands or anything he had available. This usually happened when KENNETH was high or drunk.

9. On August 24, 2026, the FBI received medical records from Northern Navajo Medical Center confirming D.K.'s stay at the hospital for observation due to smoke inhalation and exposure.

10. On August 23, 2026, at approximately 11:20AM, two FBI Special Agents interviewed R.K. outside of 2 NHA, Teec Nos Pos, Arizona. The following lettered paragraphs detail parts of R.K.'s interview:

A. R.K. had lived at the residence for three years.

B. On August 21, 2026, R.K., KENNETH, and D.K. went to town to pawn a chainsaw.

C. When they got back to 2 NHA, KENNETH smoked meth. R.K. did not know where the meth came from. KENNETH got angry.

D. KENNETH was riding his bike around the house. R.K. was laying on the couch watching TV. KENNETH came in the house and said, "I'm going to burn you guys up. You guys going to burn."

E. Then KENNETH set the house on fire and left. R.K. called J.R. about the fire, and D.K. tried to fight the fire until he no longer could.

F. KENNETH hated R.K. and always attacked R.K. R.K. has been to the hospital multiple times with head and rib injuries. KENNETH had been hurting R.K. and D.K. for a long time. J.R. was scared.

G. R.K. believed, "[KENNETH] could kill somebody. That's where it's leading to right now." KENNETH could stab or kill someone.

H. KENNETH got violent when he was on meth. Everyone leaves when he gets violent, but now they have nowhere to go.

I. R.K. lost his crutches, medical shoes, medicines, and dog due to the fire.

J. R.K. provided KENNETH's phone number as 505-406-3946, serviced by Cellular One. FBI databases associate this number with KENNETH as early as May 2021.

11. On August 23, 2026, at approximately 12:20 PM, two FBI Special Agents interviewed R.R. outside of 36.901899, -109.151045. The following lettered paragraphs detail parts of R.R.'s interview:

A. On August 21, 2026, R.R. brought the sheep in and saw smoke in the direction of his sister's house. His other sister told him J.R.'s house was on fire and she was going to help.

B. After that, KENNETH rode his bike to R.R.'s house. KENNETH failed to brake and ran his bike into the open tailgate of a parked truck. KENNETH laid on the ground for a bit.

C. R.R. told KENNETH to sober up and go home. KENNETH got frustrated. KENNETH hit R.R. and they fought to the ground. KENNETH hit R.R. with his hands. KENNETH hit R.R. across the eye and the head.

D. A few years ago at mountain camp, KENNETH attacked D.K., hitting him in the head with a boulder. D.K. was in the hospital for about a month.

E. At that point, the family knew KENNETH was not in the right state of mind when he was on drugs.

F. KENNETH had weapons at some point, to include a rifle. "We're not comfortable when he's here." They felt unsafe when KENNETH was around because he got out of hand. They have the animals and grandkids that visit.

12. On August 23, 2026, R.R. provided a visit summary report from San Juan Regional Medical Center, Farmington, New Mexico for a visit date of August 22, 2026, 00:22 AM. The diagnosis included: concussion, periorbital contusion of left eye, and knee abrasion. On August 23, 2026, the FBI took the below photo of the two-day-old facial injury.

13. 

14. On August 24, 2026, the FBI received records from San Juan Regional Medical Center reflecting the same.

15. On August 23, 2026, Fire Investigators of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, searched the site of 2 NHA, Teec Nos Pos, Arizona. A full report is forthcoming; however, investigators advised that initial findings were consistent with a fire being started in the master closet nearest the shared duplex wall. Any other cause of fire was eliminated.

16. On August 24, 2026, the FBI received the below photos depicting messages sent from KENNETH to D.K. on August 21, 2026. The receiving phone had lost its charge, so the messages sent on August 21 were not received until August 24. The family expressed heightened concerns for their safety after seeing the messages.

17.




18. According to Shiprock Police Incident Report, J.R. called the police to report KENNETH's threats to burn the house on August 21, 2026 at approximately 5:56 PM. Dispatch notified officers of the fire at the residence at approximately 6:08 PM. Officers arrived on scene at approximately 6:37 PM. The first threatening message from KENNETH to D.K. is timestamped 6:14 PM. The last threatening message from KENNETH to D.K. is timestamped 7:01 PM. According to the Shiprock Incident Report, KENNETH was taken into custody, following the assault on R.R., at approximately 7:40 PM.

19. KENNETH, J.R., D.K, R.K., and R.R. are enrolled members of the Navajo Nation Tribe.

**CONCLUSION**

20. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, JAMES JUNIOR KENNETH, committed the offenses of CIR-Arson, Transmitting in Interstate and Foreign Commerce Communications Containing Threats To Injure a Person and CIR-Assault Resulting in Serious Bodily Injury.

**Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.**

SAVANNAH SOLOMON
Digitally signed by SAVANNAH SOLOMON
Date: 2026.08.25 16:53:52 -04'00'

Savannah Solomon
Special Agent, FBI

Telephonically sworn on this 25th day of August 2026.

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2026.08.25 15:40:59 -07'00'

Honorable Camille D. Bibles
United States Magistrate Judge